KASOWITZ BENSON TORRES LLP
Kirsten C. Jackson (Cal. Bar No. 265952)
kjackson@kasowitz.com
Melissa H. Dejoie (Cal. Bar No. 308014)
mdejoie@kasowitz.com
2029 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone: (424) 288-7900
Facsimile: (424) 288-7901

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE MITCHELL, <br><br> Plaintiff, <br><br> vs. <br><br> NEW YORK LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:20-cv-01789-MCS-AGR <br><br> **JOINT EXHIBIT LIST** <br><br> Final Pretrial Conference Date: June 7, 2021 <br><br> Final Pretrial Conference Hearing Time: 2:00 p.m. <br><br> Judge: Hon. Mark C. Scarsi |

| **Defendant's Exhibits** | **Plaintiff's Objections** |
|---|---|
| 1. Docket No. 25-13 (March 31, 2012 AARP Extra Protection Term Life Insurance Member Enrollment Form at NYL000135) | |
| 2. Docket No. 25-14 (December 1, 2013 AARP Life Insurance Program Beneficiary Change Form at NYL000125). | |
| 3. Docket No. 25-15 (Handwritten note sent by facsimile to New York Life on December 2, 2013, regarding a correction to Richard Stevens' date of birth at NYL000123). | |
| 4. Docket No. 25-16 (August 23, 2014 AARP Life Insurance Program Automatic Premium Payment Enrollment Form at NYL000119). | |
| 5. Docket No. 25-17 (November 18, 2014 letter from New York Life Insurance Company, AARP Operations, Members Services to Richard Stevens confirming requested change of address to insurance contact at NYL000122). | |
| 6. Docket No. 25-18 (December 15, 2014 AARP Life Insurance Program Owner Change Form designating the | |

| | | |
|---|---|---|
| 1<br>2 | New Owner as Laura Mitchell at NYL000120-121). | |
| 3<br>4<br>5 | 7. Docket No. 25-19 (February 2, 2018 AARP Life Insurance Program Reinstatement Notice). | Objection. Not disclosed or produced. See Plt. Motion *in limine*. |
| 6<br>7<br>8<br>9<br>10 | 8. Docket No. 25-20 (May 7, 2012 New York Life Insurance Company Certificate of AARP Extra Protection Term Life for Richard Stevens, Policy Number AA-49). | Objection. Not disclosed or produced. See Plt. Motion *in limine*. |
| 11<br>12<br>13<br>14<br>15 | 9. Docket No. 25-21 (March 16, 2018 AARP Life Insurance Program Owner Change Form designating the New Owner as Frankie Mitchell at NYL000085). | |
| 16<br>17<br>18<br>19<br>20<br>21 | 10. Docket No. 25-22 (December 6, 2018 Letter from AARP Life Insurance Program, New York Life Insurance Company, Policy Research Services to Richard Stevens regarding Potential Life Insurance Fraud Alert at NYL000080). | |
| 22<br>23<br>24 | 11. Docket No. 25-23 (State of California Death Certificate for Richard Stevens). | |
| 25<br>26<br>27<br>28 | 12. Docket No. 25-24 (Single Cash Receipts paid via money order to Reichert's Funeral & Cremation | Objection. Not disclosed or produced. See Plt. Motion *in limine*. |

| | |
|---|---|
| Services by Anthony Stevens dated October 7, 2019). | |
| 13.  Docket No. 25-25 (New York Life, AARP Life Insurance Program Claim Form signed by Frankie Mitchell dated October 16, 2019 at NYL000077). | |
| 14.  Docket No. 25-26 (October 31, 2019 letter to Frankie Mitchell from New York Life Insurance Company, AARP Life Insurance Program, Claims Service at NYL000075). | |
| 15.  Docket No. 25-27 (December 3, 2019 letter to Frankie Mitchell from Ms. Holland, New York Life Insurance Company, AARP Life Insurance Program, Claims Service at NYL000074). | |
| 16.  Docket No. 25-28 (December 10, 2019 letter to Frankie Mitchell from Ms. Holland, New York Life Insurance Company, AARP Life Insurance Program, Claims Service at NYL000073). | |
| 17.  Docket No. 25-29 (Copies of the Driver's License and Social Security card of Richard Stevens, produced unmarked by Plaintiff Frankie Mitchell). | |

| | | |
|---|---|---|
| 18. | Docket No. 25-30 (December 30, 2019 letter to Frankie Mitchell from New York Life Insurance Company, AARP Life Insurance Program, Claims Service at NYL000049). | |
| 19. | Docket No. 25-31 (Certification of records dated June 1, 2020 from the State of California, Department of Motor Vehicles signed by Steve Gordon, Director of the Department of Motor Vehicles, and B. Brown, Motor Vehicle Representative, certifying certain Department of Motor Vehicles records pertaining to Richard Stevens). | |
| 20. | Docket No. 25-32 (January 4, 2020 letter to John Taylor, Attorney at Law from Frankie Mitchell at NYL000042). | Objection. Irrelevant; likely to confuse jury. |
| 21. | Docket No. 25-33 (Arizona Driver's License of Richard Stevens, produced unmarked by Plaintiff Frankie Mitchell). | |
| 22. | Docket No. 25-34 (Globe Family Services Trust Enrollment for Life Insurance dated December 13, 2007 signed by Richard Stevens). | Objection. Not disclosed or produced. See Plt. Motion *in limine*. |

| | |
|---|---|
| 23. Docket No. 25-35 (Plaintiff's Responses to Requests to Production dated June 4, 2020). | |
| 24. Docket No 25-36 (Third Party Laura Mitchell Responses to Subpoena dated July 24, 2020). | |
| 25. Docket No. 25-37 (Plaintiff's Responses to Requests to Admissions (Set No. 2) dated December 15, 2020). | |
| 26. Docket No. 33-4 (January 7, 2020, Letter from New York Life to Plaintiff Frankie Mitchell attaching the May 7, 2012 New York Life Insurance Company Certificate of AARP Extra Protection Term Life for Richard Stevens, Policy Number AA-49). | |
| 27. Docket Nos. 25-3 to 25-11 (Declaration of Jim Blanco). | Objection. Not designated. Not disclosed or produced. See Plt. Motion *in limine*. |
| 28-39. | Reserved |
| **Plaintiff's Exhibits** | **Defendant's Objections** |
| 40. Declaration of Laura Mitchell dated March 23, 2020 | Defendant's Objections: Irrelevant. |
| 41. Plaintiff's counsel's letter of August 17, 2020 to Defendant's counsel, confirming that "Defendant had | Defendant's Objections: Irrelevant. |

| | |
|---|---|
| produced all the documents that it had in this matter." | |
| 42. Plaintiff's counsel's letter of September 10, 2020 in which Plaintiff produced the Linda Marks Declaration. | Defendant's Objections: Irrelevant. |
| 43. Declaration of Linda Marks of August 13, 2020. | Defendant's Objections: Irrelevant. |
| 44. Plaintiff's counsel's letter of August 24, 2020 in which Plaintiff produced an old family photograph, showing Laura Mitchell as a child with the insured, Richard Stevens, and their parents. | Defendant's Objections: Irrelevant, lacks foundation. |
| 45. An old family photograph, showing Laura Mitchell as a child with the insured, Richard Stevens, and their parents. | Defendant's Objections: Irrelevant, lacks foundation. |

DATED: May 17, 2021          KASOWITZ BENSON TORRES LLP

By:  */s/ Kirsten C. Jackson*
      Kirsten C. Jackson
      *Attorneys for Defendant*