KASOWITZ BENSON TORRES LLP
Kirsten C. Jackson (Cal. Bar No. 265952)
kjackson@kasowitz.com
Melissa H. Dejoie (Cal. Bar No. 308014)
mdejoie@kasowitz.com
2029 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone: (424) 288-7900
Facsimile: (424) 288-7901

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE MITCHELL, <br><br> Plaintiff, <br><br> vs. <br><br> NEW YORK LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:20-cv-01789-MCS-AGR <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** <br><br> Final Pretrial Conference Date: June 7, 2021 <br><br> Final Pretrial Conference Hearing Time: 2:00 p.m. <br><br> Judge: Hon. Mark C. Scarsi |

1
JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's order, Plaintiff Frankie Mitchell and Defendant New York Life Insurance Company conducted a mediation on August 11, 2020 before Stacie Feldman Hausner of ADR Services, Inc. The parties were unable to reach a settlement.

DATED: May 17, 2021       KASOWITZ BENSON TORRES LLP

By: */s/ Kirsten C. Jackson*
    Kirsten C. Jackson
    *Attorneys for Defendant*