ADEPT LAW FIRM
JOSEPH S. FOGEL [SBN 156746]
E-mail: joe@adeptlawfirm.com
16133 Ventura Boulevard, Penthouse Suite
Encino, California 91436-2403
*telephone*     (818) 986-7100
*fax*            (818) 986-7106

*Attorneys for Plaintiff*
    FRANKIE MITCHELL

UNITED STATES DISTRICT COURT FOR THE

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE MITCHELL;<br><br>              Plaintiff,<br>   v.<br>NEW YORK LIFE INSURANCE COMPANY, a business entity, form unknown; and DOES 1 through 15, Inclusive;<br><br>             Defendants. | Case No. 2:20-cv-01789-MCS (AGR)<br><br>JOINT WITNESS LIST<br><br>TRIAL: June 22, 2021<br>TIME: 8:30 am<br>Courtroom 7C<br><br>Hon. Mark C. Scarsi, Judge Presiding |

THE PARTIES JOINTLY provide the following JOINT EXHIBIT LIST, for the trial of the above entitled matter.

1.   Linda Marks, daughter of Richard Stevens, the insured.

2.   Laura Mitchell, mother of Frankie Mitchell, first named beneficiary.

3.   Frankie Mitchell, Plaintiff, named beneficiary.

4.   Stephanie Tennis, Plaintiff's fiancé.

5.   Anthony Stevens, son of Richard Stevens, the insured.   (Objection by Defendant as to this witness).

5.   James Blanco, handwriting expert of Defendant.  (Objection by Plaintiff to

     this witness, no designation, no exchange.)

6. Nicole Holland, Defendant New York Life Ins. Co., claims handler.
7. Steven Barnett, Defendant New York Life Ins. Co., claims manager and person most knowledgeable about the contract and claim.
8. Impeachment witnesse(s). Reserved by each side.

DATED: May 17, 2021    ADEPT LAW FIRM

By: *Joseph S. Fogel* /s/
JOSEPH S. FOGEL,
*Attorney for Plaintiff,*
FRANKIE MITCHELL

DATED: May 17, 2021    KASOWITZ BENSON TORRES

By: *Kirsten C. Jackson* /s/
Kirsten C. Jackson
*Attorney for Defendant*
NEW YORK LIFE INSURANCE COMPANY